VANESSA M. TURLEY, ESQ.
Nevada Bar No. 14635
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (470) 832-5572
Fax: (404) 962-6800
vanessa.turley@troutman.com

TROUTMAN PEPPER HAMILTON SANDERS LLP
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
*Attorneys for Defendant Nationstar Mortgage LLC, dba Mr. Cooper*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00534-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINES AND VACATE HEARING**<br><br>**(THIRD REQUEST)** |

Plaintiff, SFR Investments Pool 1, LLC ("SFR") and Defendants, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar") and Federal National Mortgage Association ('Fannie Mae") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend briefing deadlines on SFR's Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") [ECF No. 7, 8]. The Parties further stipulate and agree that the foreclosure sale on the subject property be postponed until this Court rules on SFR's Motion. The parties finally agree to extend the date for Nationstar to file a response to SFR's Complaint. In support of the stipulation, the Parties state as follows:

126742634                              -1-

126742634

1. On March 28, 2022, SFR Investments Pool 1, LLC ("SFR") filed the Complaint in the instant matter. [ECF No 1].

2. On March 30, 2022, SFR filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). [ECF No. 7, 8].

3. On April 1, 2022, this Court entered a minute order in chambers setting a deadline for Defendants to respond to the Motion no later than Monday, April 4, 2022 at 5:00 p.m. and further ordering an in person hearing on the Motion for Tuesday, April 5, 2022, at 3:00 p.m. [ECF No. 8].

4. On April 4, 2022, this Court entered an order extending the deadline for Nationstar to respond to the motion for preliminary injunction to April 13, 2022 and setting the deadline for SFR to file a reply in support of its motion for April 20, 2022. {ECF No. 12]

5. In late March 2022 one of the attorneys for Troutman Pepper representing Nationstar, Aaron Lancaster, left the firm leaving the remaining counsel unable to adequately cover all Nationstar cases assigned to Mr. Lancaster including this matter. On April 11, 2022, attorney Vanessa Turley was hired to represent Nationstar in this and several other matters in Nevada. Ms. Turley needs time to train in her new position, to research this case and SFR's claims, and to respond to the motion for preliminary injunction and the Complaint.

6. The Parties agree Defendants shall have until June 24, 2022, to file a response to the Motion for Preliminary injunction, allowing counsel adequate time to evaluate the case and respond to the Motion and to further allow the Motion to be briefed in the normal course pursuant to LR 7-2.

7. Pursuant to LR 7-2, SFR shall have seven days after service of Defendants' Response to file a reply in support of its Motion.

8. Defendants agree to refrain from setting the foreclosure sale of the real property located at **6171 Fox Creek, Las Vegas, NV 89122, Parcel No. 161-15-212-175** until such time as this Court rules on the Motion.

126742634

2

9. Finally, the Parties agree that Nationstar shall have until June 24, 2022, to file a response to SFR's Complaint.

10. Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

| DATED this 3rd day of June, 2022. | DATED this 3rd day of June, 2022. |
|---|---|
| **Troutman Pepper Hamilton Sanders LLP** | **Hanks Law Group** |
| */s/ Vanessa M. Turley*<br>Vanessa M. Turley, Esq.<br>Nevada Bar No. 14635<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123<br>*Counsel for Nationstar Mortgage, LLC dba Mr. Cooper and Federal National Mortgage Association* | */s/ Chantel M. Schimming*<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Counsel for SFR Investments Pool 1, LLC* |

IT IS SO ORDERED.

Dated this   7   day of June, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

126742634                                    -3-

126742634

**Archived:** Friday, June 3, 2022 12:30:03 PM
**From:** Turley, Vanessa M.
**Mail received time:** Fri, 3 Jun 2022 11:58:01
**Sent:** Fri, 3 Jun 2022 15:58:00
**To:** Kusch, Janet Owen
**Subject:** FW: Backdated Property Payoff Quotes - Drafi, Paguia, Schwartz
**Importance:** Normal
**Sensitivity:** None

---

Hi,

Can you change the below and submit the following SAOs:

1. Drafi
2. DiPietro
3. Paguia
4. Schwartz

They are all in iManage under pleadings (should be the first thing)

Thanks!!!

**Vanessa M. Turley**
**Attorney**
**troutman pepper**
Direct: 470.832.5572
vanessa.turley@troutman.com

---

**From:** Chantel Schimming <chantel@hankslg.com>
**Sent:** Friday, June 3, 2022 11:56 AM
**To:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>; Karen Hanks <karen@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>; STAFF HANKSLG <staff@hankslg.com>; Balser, Justin D. <Justin.Balser@troutman.com>; Wight, Brody R. <Brody.Wight@troutman.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>
**Subject:** RE: Backdated Property Payoff Quotes - Drafi, Paguia, Schwartz

**EXTERNAL SENDER**

Vanessa,

Change the signature line on Meadow Hill from Karen to me and you can use my e-signature on each of the SAO's.

Thanks,
Chantel



Chantel M. Schimming, Esq.
Associate Attorney

**HANKS LAW GROUP**

7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
Facsimile: (725) 239-3415

mail to:   chantel@hankslg.com       http://www.hankslg.com

The information contained in this email is confidential and proprietary information intended for the use only of the intended addressee.  If the reader of this email is not the intended addressee, you are notified that any dissemination, distribution, or copying of this message is prohibited.  If you have received this message in error, please notify the sender immediately by telephone at (702) 758-8434 or by electronic mail (chantel@hankslg.com) and then delete the  message and all copies and backups.  Thank you.

Unless expressly stated otherwise, any U.S. federal tax advice contained in this transmittal, is not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding penalties under the U.S. Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any transaction or matter addressed in this e-mail or attachment.

**From:** Turley, Vanessa M. <Vanessa.Turley@troutman.com>
**Sent:** Friday, June 3, 2022 8:44 AM
**To:** Chantel Schimming <chantel@hankslg.com>; Karen Hanks <karen@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>; STAFF HANKSLG <staff@hankslg.com>; Balser, Justin D. <Justin.Balser@troutman.com>; Wight, Brody R. <Brody.Wight@troutman.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>
**Subject:** RE: Backdated Property Payoff Quotes - Drafi, Paguia, Schwartz

Hi all,

Happy Friday! Sorry to keep the emails coming, but here are the revised SAOs for: Schwartz/Meadow Hill; DiPietro/Brilliant Summit; Paguia/Fox Creek; and Drafi/Cantina Creek with the payoff quote paragraph omitted. Please let me know if I may affix your e-signature to the Stipulations.

Thank you,

**Vanessa M. Turley**
**Attorney**
**troutman pepper**
Direct: 470.832.5572
vanessa.turley@troutman.com


**From:** Turley, Vanessa M.
**Sent:** Friday, June 3, 2022 11:26 AM
**To:** 'Chantel Schimming' <chantel@hankslg.com>; Karen Hanks <karen@hankslg.com>
**Cc:** Candi Fay <candi@hankslg.com>; STAFF HANKSLG <staff@hankslg.com>; Balser, Justin D. <Justin.Balser@troutman.com>; Wight, Brody R. <Brody.Wight@troutman.com>; Streible, Elizabeth M. <Elizabeth.Streible@troutman.com>
**Subject:** Backdated Property Payoff Quotes - Drafi, Paguia, Schwartz

Hi Chantel,

Attached are the payoff quotes for the three properties where NRS 107.200 requests were made. We were able to obtain the backdated payoff quotes *as of the day of the request*. I hope this allows you to further consider payoffs for these properties. Please let me know if you have any questions or concerns.

Thanks!

| Case Name: | NRS 107.200 request made: | Date Request Made: | Date Statement/Note was due: | NSM/MRC file number: | Fannie Mae file number: |
|---|---|---|---|---|---|
| 1. Drafi | Yes | October 13, 2021 | November 3, 2021 | 608802849 | 1700949269 |
| 2. Paguia | Yes | November 22, 2021 | December 13, 2021 | 658853635 | 4005608009 |
| 3. Schwartz | Yes | October 12, 2021 | November 2, 2021 | 607403490 | 1701661194 |
| 4. Sinagulia | No | | | 660636630 | 1682856593 |

**Vanessa M. Turley**
**Attorney**
Direct: 470.832.5572
vanessa.turley@troutman.com
. . . . . . . . . . . . . . . . . . . . . . .
**troutman pepper**
c/o 600 Peachtree Street, NE, Suite 3000
Atlanta, GA 30308
troutman.com

Troutman Pepper is a 2021 Mansfield Certified Plus Firm

This e-mail (and any attachments) from a law firm may contain legally privileged and confidential information solely for the intended recipient. If you received this message in error, please notify the sender and delete it. Any unauthorized reading, distribution, copying, or other use of this e-mail (and attachments) is strictly prohibited. We have taken precautions to minimize the risk of transmitting computer viruses, but you should scan attachments for viruses and other malicious threats; we are not liable for any loss or damage caused by viruses.