Karen L. Hanks, Esq.
Nevada Bar No. 9578
E-mail: karen@hankslg.com
Chantel M. Schimming, Esq.
Nevada Bar No. 8886
E-mail: chantel@hankslg.com
Hanks Law Group
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 758-8434
*Attorneys for SFR Investments Pool 1, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00534-GMN-NJK<br><br>**STIPULATION AND ORDER TO EXTEND RESPONSE DEADLINE**<br><br>**(FIRST REQUEST)** |

Plaintiff, SFR Investments Pool 1, LLC ("SFR") and Defendants, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar") and Federal National Mortgage Association ('Fannie Mae") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend SFR's deadline to file its response to Defendants' motion to dismiss. [ECF No. 25]. The current deadline is September 23, 2022. The Parties agree SFR shall have up to and including October 14, 2022 to file its response. The reason for the extension is the motion raises issues that require additional time and attention to properly address, but also SFR's counsel has several appellate briefs and a pro bono appellate argument that have taken up SFR's time.

/ / /

/ / /

/ / /

- 1 -

1   The Parties represent this stipulation is not made with any intent to delay or prejudice either
2   party.
3   DATED this 23rd day of September, 2022.   DATED this 23rd day of September, 2022.
4   **Troutman Pepper Hamilton Sanders LLP**   **Hanks Law Group**

*/s/ Vanessa Turley*   */s/ Karen L. Hanks*
Vanessa Turley, Esq.   Karen L. Hanks, Esq.
Nevada Bar No. 14635   Nevada Bar No. 9578
8985 S. Eastern Avenue, Suite 200   7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89123   Las Vegas, NV 89139
*Counsel for Nationstar Mortgage, LLC*   *Counsel for SFR Investments Pool 1, LLC*
*dba Mr. Cooper and Federal National*
*Mortgage Association*

**IT IS SO ORDERED.**

Dated this  23  day of September, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT