VANESSA M. TURLEY, ESQ.
Nevada Bar No. 14635
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV  89123 *(Nevada Office)*
Tele: (470) 832-5572
Fax: (404) 962-6800
vanessa.turley@troutman.com

**TROUTMAN PEPPER HAMILTON SANDERS LLP**
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorneys for Defendant Nationstar Mortgage LLC, dba Mr. Cooper and Federal National Mortgage Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC, | Case No.  2:22-cv-00534-GMN-NJK |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |
| vs. | |
| NATIONSTAR MORTGAGE, LLC d/b/a MR. COOPER; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

Plaintiff, SFR Investments Pool 1, LLC ("SFR") and Defendants, Nationstar Mortgage, LLC d/b/a Mr. Cooper ("Nationstar") and Federal National Mortgage Association ('Fannie Mae") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to extend the date for Nationstar and Fannie Mae to file a Reply in Support of Motion to Dismiss [ECF No. 25]. In support of the stipulation, the Parties state as follows:

1. On March 28, 2022, SFR Investments Pool 1, LLC ("SFR") filed the Complaint in the instant matter. [ECF No 1].

1

134283833

2. On March 30, 2022, SFR filed an Emergency Motion for Temporary Restraining Order and Preliminary Injunction ("Motion"). [ECF No. 7, 8].

3. On April 1, 2022, this Court entered a minute order in chambers setting a deadline for Defendants to respond to the Motion no later than Monday, April 4, 2022 at 5:00 p.m. and further ordering an in person hearing on the Motion for Tuesday, April 5, 2022, at 3:00 p.m. [ECF No. 8].

4. On April 4, 2022, this Court entered an order extending the deadline for Defendants to respond to the Motion to April 13, 2022 and setting the deadline for SFR to file a reply in support of its Motion for April 20, 2022. [ECF No. 12].

5. On April 15, 2022, this Court entered another order extending the deadline for Defendants to respond to the Motion and file a responsive pleading to SFR's Complaint to May 4, 2022. The Order further allowed the Motion to be briefed in the normal course pursuant to LR 7-2. [ECF No. 14].

6. On June 7, 2022, this Court entered an order extending the deadline for Defendants to respond to the Motion and file a responsive pleading to SFR's Complaint to June 24, 2022. The Order further declared that SFR shall have seven days after service of Defendants' Response to file a reply in support of its Motion. [ECF No. 16].

7. Defendants filed its Opposition to the Motion for Preliminary Injunction on June 24, 2022. [ECF No. 17].

8. On June 29, 2022, this Court entered an order extending the deadline for Defendants to file a responsive pleading to SFR's Complaint to July 22, 2022. [ECF No. 19]

9. SFR filed its Reply in Support of its Motion for Preliminary Injunction on July 7, 2022. [ECF No. 20].

10. Defendants agree to refrain from setting the foreclosure sale of the real property located at **6171 Fox Creek, Las Vegas, NV 89122, Parcel No. 161-15-212-175** until such time as this Court rules on the Motion. The Motion is now fully briefed.

11. On July 28, 2022, this Court entered an order extending the deadline for Defendants to file a responsive pleading to SFR's Complaint to August 19, 2022.

2

134283833

12. On August 22, 2022, the parties agreed that Defendants shall file a response to SFR's Complaint by September 9, 2022.

13. On September 9, 2022, Defendants filed a Motion to dismiss. [ECF No. 25]

14. On October 14, 2022, SFR filed its Response to Motion to Dismiss. [ECF No. 28]

15. On October 17, 2022, SFR filed a Corrected Image – SFR's Response to Motion to Dismiss, solely to correct the PDF by attaching an inadvertently omitted exhibit. [ECF No. 29]

16. On October 18, 2022, the parties agreed that Defendants shall file a Reply in Support of Motion to Dismiss by November 10, 2022.

17. Most recently, the parties have been discussing voluntary dismissal of certain claims in SFR's Complaint that would require refiling the Complaint.

18. Thus, the parties agree that Defendants shall have until December 1, 2022 to file a Reply in Support of Motion to Dismiss.

19. Both parties represent this stipulation is not made with any intent to delay or prejudice either party.

| DATED this 10th day of November, 2022. | DATED this 10th day of November, 2022. |
|---|---|
| **TROUTMAN PEPPER HAMILTON SANDERS LLP** | **HANKS LAW GROUP** |
| /s/ Vanessa M. Turley | /s/ Chantel M. Schimming |
| Vanessa M. Turley, Esq.<br>Nevada Bar No. 14635<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, NV 89123 | Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139 |
| *Counsel for Nationstar Mortgage, LLC dba Mr. Cooper and Federal National Mortgage Association* | *Counsel for SFR Investments Pool 1, LLC* |

**Order**

**IT IS SO ORDERED.**

Dated this __9__ day of November, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

134283833

3