1  KAREN L. HANKS, ESQ.
   Nevada Bar No. 9578
2  E-mail: karen@hankslg.com
   CHANTEL M. SCHIMMING, ESQ.
3  Nevada Bar No. 8886
   E-mail: chantel@hankslg.com
4  ANA P. MURGUIA, ESQ.
   Nevada Bar No. 16284
5  E-mail: ana@hankslg.com
   HANKS LAW GROUP
6  7625 Dean Martin Drive, Suite 110
   Las Vegas, Nevada 89139
7  Telephone: (702) 758-8434
   *Attorneys for SFR Investments Pool 1, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SFR INVESTMENTS POOL 1, LLC,<br><br>Plaintiff,<br><br>v.<br><br>NATIONSTAR MORTGAGE LLC d/b/a MR. COOPER; FEDERAL NATIONAL MORTGAGE ASSOCIATION; DOES I through X; ROE BUSINESS ENTITIES I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00534-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS** |

**STIPULATION AND ORDER TO DISMISS**

SFR Investments Pool 1, LLC ("SFR"), by and through its counsel, Hanks Law Group and Nationstar Mortgage, LLC d/b/a Mr. Cooper and Federal National Mortgage Association ("Defendants"), by and through its counsel, Troutman Pepper Hamilton Sanders, LLP hereby

…

…

- 1 -

stipulate and agree that all claims in the above-entitled action shall be dismissed with prejudice, each side to bear its own fees and costs.

| HANKS LAW GROUP | TROUTMAN PEPPER HAMILTON SANDERS LLP |
|---|---|
| /s/ Chantel M. Schimming<br>Chantel M. Schimming, Esq.<br>Nevada Bar No. 8886<br>Karen L. Hanks, Esq.<br>Nevada Bar No. 9578<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, Nevada 89139<br>Telephone: (702) 758-8434<br>Email: chantel@hankslg.com<br>Email: karen@hankslg.com<br><br>*Attorneys for SFR Investments Pool 1, LLC* | /s/ Vanessa M. Turley<br>Vanessa M. Turley, Esq.<br>Nevada Bar No. 14635<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Telephone: (470) 832-5572<br>Email: vanessa.turley@troutman.com<br><br>*Attorneys for Nationstar Mortgage LLC dba Mr. Cooper and Federal National Mortgage Association* |

## ORDER

**IT IS SO ORDERED.** It is **FURTHER ORDERED** that all pending motions are **DENIED AS MOOT.** The Clerk of Court is instructed to close the case.

Dated this __15__ day of December, 2022

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT